AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF    NEVADA

BRIAN KAMEDULA,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER:   3:11-cv-00533-RCJ-VPC

GREG SMITH, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED without prejudice.

May 17, 2013                                **LANCE S. WILSON**
                                                   Clerk

                                                   /s/ K. Rusin
                                                   Deputy Clerk